CIV 21 0032 HE   FILED

JAN 14 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

1 of 3

In The United States District Court For The Western District of Oklahoma

Motion For Alternative Writ of Mandamus: 28 USC § 1361

In the matter of William L. Harding v. Oklahoma Department of Corrections
OCRE Complaint No. CR-20-0095-E
EEOC Charge No. 564-2020-01524

The plaintiff William L. Harding, whom is incarcerated at Joseph Harp Correctional Center in Lexington Oklahoma; mailing address Box 548, 73051, Moves this Court to issue an alternative Writ of Mandamus requiring the U.S. Equal Employment Opportunity Commission to give up date on investigation in said charge or issue right to sue letter; Title VII application as stated by law.

On July 22, 2020 it was affirmed by letter from the Office of Attorney General State of Oklahoma: per Kara I. Smith that plaintiff

William L. Harding filed a Employment Discrimination Complaint with the E.E.O.C. prior to also filing with the Attorney Generals Office in which stated that the EEOC would take the lead in the investigation. By title VII rules the person that filed the complaint should recieve a right to sue letter within 180 days of the said filing in which exspired in Dec. 2020. The plaintiff realizes the effect of the pandemic. Yet there has been no comunication by the EEOC since the plaintiff filing prior to July 2020. The plaintiff William L. Harding has written the Office of the EEOC without response, leaving only this option. Plaintiff is not able to phone call the EEOC office because of the 45 min wait time to speak with some one. There would have to be a cort injuction to have Department of Correction Staff allow for such a phone for Staff members Deputy Warden Dennis

and Unit Manager Amanda Webb. The plaintiffs William L Harding prays that the court grants this said writ of Mandamus.

Respectfully Submitted
William L. Harding

Please send certified copy to EEOC res.> Complaint No. CR-20-0095-E
OCRE ref. Charge No 564-2020-01526

Please Return Stamped Filed Copy